UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X  Docket No. 08 CV 5903
FLORIOS ENTERPRISES INC. d/b/a
FLORIO'S RESTAURANT & 192 GRAND ST.
CIGAR AND TRADING CO. INC.
      Plaintiff

  -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
Et al,
      Defendants
-----------------------------------------X

STATE OF NEW YORK ]
      ] ss.:
COUNTY OF NEW YORK]

  GUILLERMO TORRES, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party to the above action.

2. On July 7, 2008 at about 1:48 PM at 100 Church Street, New York, New York, I served the within Summons and Complaint on the defendants, The City of New York, The New York City Department of Health and Mental Hygiene, and the New York City Department of Health and Mental Hygiene Tribunal, named in the said summons and complaint, by delivering copies to the Corporation Counsel of the City of New York at the above address.

        _____
        Guillermo Torres

Sworn to before me this
7th day of July, 2008

SIDNEY BAUMGARTEN
Notary Public, State of New York
No. 02BA6155514
Qualified in New York County
Commission Expires Nov. 20, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X  Docket No. 08 CV 5903
FLORIOS ENTERPRISES INC. d/b/a
FLORIO'S RESTAURANT & 192 GRAND ST.
CIGAR AND TRADING CO, INC.
       Plaintiff

   -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
Et al,
       Defendants
-----------------------------------------------X

STATE OF NEW YORK ]
      ] ss.:
COUNTY OF NEW YORK]

  GUILLERMO TORRES, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party to the above action.

2. On July 7, 2008 at about 1:38 PM at 120 Broadway, New York, New York, I served the within Summons and Complaint On the defendants, The State of New York and the New York State Department of Health, named in the said summons and complaint, by delivering copies to the Attorney General of the State of New York at the above address.

              Guillermo Torres

Sworn to before me this
7th day of July, 2008

SIDNEY BAUMGARTEN
Notary Public, State of New York
No. 02BA6155514
Qualified in New York County
Commission Expires Nov 20, 2010