UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

FLORIO'S ENTERPRISES INC. d/b/a FLORIO'S
RESTAURANT & 192 GRAND ST. CIGAR AND
TRADING CO. INC.,

                                      Plaintiffs,

       -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, THE NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE TRIBUNAL, THE
STATE OF NEW YORK & THE NEW YORK STATE
DEPARTMENT OF HEALTH,

                                      Defendants.

**NOTICE OF APPEARANCE**

08 CIV 5903 (SAS)

------------------------------------------------------------------- x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Louise Lippin, appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants The City of New York, The New York City Department of Health and Mental Hygiene and The New York City Department of Health and Mental Hygiene Tribunal ("City defendants"), and requests receipt of notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 24, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      Attorney for City Defendants
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 788-0790

                           By: _____
                                Louise Lippin (LL4712)
                                Assistant Corporation Counsel

-2-

To: Sidney Baumgarten, Esq.
John Russell, Esq.
Attorneys for Plaintiffs

Case 1:08-cv-05903-SAS   Document 6   Filed 07/25/2008   Page 2 of 3

Docket 08 CIV 5903

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORIO'S ENTERPRISES INC.
d/b/a FLORIO'S RESTAURANT &
192 GRAND ST. CIGAR AND TRADING CO. INC.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, THE NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE
TRIBUNAL, THE STATE OF NEW YORK &
THE NEW YORK STATE DEPARTMENT OF HEALTH,

Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 5-153*
*New York, N.Y. 10007*

*Of Counsel: Louise Lippin*
*Tel: (212) 788-0790*

*Due and timely service is hereby admitted.*

New York, N.Y. ................................., 200...

................................. Esq.

Attorney for.................................