UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

FLORIO'S ENTERPRISES INC. d/b/a FLORIO'S
RESTAURANT & 192 GRAND ST. CIGAR AND
TRADING CO. INC.,

                                Plaintiffs,

         -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, THE NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE TRIBUNAL,
THE STATE OF NEW YORK & THE NEW YORK
STATE DEPARTMENT OF HEALTH,

                               Defendants.

------------------------------------------------------------ x

ORDER

08 CIV 5903 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.**

       Defendants', the City of New York, the New York City Department of Health and Mental Hygiene, and the New York City Department of Health and Mental Hygiene Tribunal, time to respond to the complaint is extended to and including September 3, 2008. No further adjournments will be given.

       SO ORDERED.

                                                  SHIRA A. SCHEINDLIN
                                                  U.S.D.J.

Dated: July 28, 2008
       New York, New York