UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORIO'S ENTERPRISES, INC. d/b/a : 
FLORIO'S RESTAURANT; & 192 GRAND : **NOTICE OF APPEARANCE**
ST. CIGAR AND TRADING CO. INC., :
: 08 Civ. 5903 (SAS)(DF)
Plaintiffs, :
:
-against- :
:
THE CITY OF NEW YORK; THE NEW YORK :
CITY DEPARTMENT OF HEALTH AND :
MENTAL HYGIENE; THE NEW YORK CITY :
DEPARTMENT OF HEALTH AND MENTAL :
HYGIENE TRIBUNAL; THE STATE OF NEW :
YORK; & THE NEW YORK STATE :
DEPARTMENT OF HEALTH, :
:
Defendants. :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendant State of New York hereby requests that all future papers be served upon the Office of the New York State Attorney General to the attention of Jennifer L. Johnson, Assistant Attorney General, at 120 Broadway, 24th Floor, New York, New York 10271-0332, or electronically at Jennifer.Johnson@oag.state.ny.us, who will hereafter serve as lead and notice attorney for the State of New York in the above-captioned matter.[1]

Dated:   New York, New York
           August 13, 2008

                                                    By:   */s/ Jennifer L. Johnson*
                                                                 JENNIFER L. JOHNSON
                                                                 Assistant Attorney General
                                                                 120 Broadway
                                                                 New York, New York  10271
                                                               (212) 416-6211

---

[1] Ms. Johnson does not appear on behalf of the New York State Department of Health at this time.