UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORIO'S ENTERPRISES, INC. d/b/a
FLORIO'S RESTAURANT; & 192 GRAND
ST. CIGAR AND TRADING CO. INC.,

                       Plaintiffs,

-against-

THE CITY OF NEW YORK; THE NEW YORK
CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE; THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE TRIBUNAL; THE STATE OF NEW
YORK; & THE NEW YORK STATE
DEPARTMENT OF HEALTH,

                       Defendants.
------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

08 Civ. 5903 (SAS)(DF)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the plaintiffs and for the defendants State of New York and the New York State Department of Health ("the State defendants") that the above-captioned action is withdrawn and discontinued with prejudice as against the State defendants, and that the parties shall bear their own attorneys' fees, costs, and disbursements.

**IT IS ALSO FURTHER STIPULATED AND AGREED** that facsimile signatures on this stipulation shall be deemed to be the originals.

DATED:    August 28, 2008
          New York, New York

ANDREW M. CUOMO
ATTORNEY GENERAL OF THE
  STATE OF NEW YORK
Attorney for State Defendants
120 Broadway
New York, New York 10271
(212) 416-0211

By: _____
    Jennifer L. Johnson
    Assistant Attorney General

DATED: 9/2/08                          DATED: 9/2/08
       New York, New York                     New York, New York

_____                _____
John William Russell, Esq.             Sidney Baumgarten, Esq.
60 East 12th Street                    355 South End Avenue
New York, New York 10003               Battery Park City
(917) 224-2260                         New York, New York 10280
                                       (646) 338-8371

Plaintiffs' Counsel                    Plaintiffs' Counsel

**SO ORDERED:**

_____
**SHIRA A. SCHEINDLIN**
**U.S.D.J.**

-2-

## AFFIRMATION OF SERVICE

JENNIFER L. JOHNSON, an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

That on the 3d day of September, 2008, I caused to be served the annexed fully-executed **Stipulation of Discontinuance**, as filed with the Court on same date, upon the following named persons:

>John William Russell, Esq.
>60 East 12th Street
>New York, New York  10003

>Sidney Baumgarten, Esq.
>355 South End Avenue
>Battery Park City
>New York, New York  10280

counsel for plaintiffs, as well as:

>Louise Lippin
>The City of New York Law Department
>100 Church Street
>New York, New York  10007

counsel for the City defendants, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the government of the United States at 120 Broadway, New York, New York 10271-0332, directed to said persons at the addresses within the State designated by them for that purpose.

*/s/ Jennifer L. Johnson*
JENNIFER L. JOHNSON

Executed on September 3, 2008