UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FLORIO'S ENTERPRISES, INC. d/b/a
FLORIO'S RESTAURANT; & 192 GRAND
ST. CIGAR AND TRADING CO. INC.,

       Plaintiffs,

    -against-

THE CITY OF NEW YORK; THE NEW YORK
CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE; THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE TRIBUNAL; THE STATE OF NEW
YORK; & THE NEW YORK STATE
DEPARTMENT OF HEALTH,

       Defendants.
----------------------------------------------------------------X

**COURTESY COPY**

STIPULATION OF
**DISCONTINUANCE**

08 Civ. 5903 (SAS)(DF)

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the plaintiffs and for the defendants State of New York and the New York State Department of Health ("the State defendants") that the above-captioned action is withdrawn and discontinued with prejudice as against the State defendants, and that the parties shall bear their own attorneys' fees, costs, and disbursements.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

**IT IS ALSO FURTHER STIPULATED AND AGREED** that facsimile signatures on this stipulation shall be deemed to be the originals.

DATED: August 28, 2008
New York, New York

ANDREW M. CUOMO
ATTORNEY GENERAL OF THE
STATE OF NEW YORK
Attorney for State Defendants
120 Broadway
New York, New York 10271
(212) 416-0211

By: _____
Jennifer L. Johnson
Assistant Attorney General

DATED: 9/2/08
New York, New York

_____
John William Russell, Esq.
60 East 12th Street
New York, New York 10003
(917) 224-2260

Plaintiffs' Counsel

DATED: 9/2/08
New York, New York

_____
Sidney Baumgarten, Esq.
355 South End Avenue
Battery Park City
New York, New York 10280
(646) 338-8371

Plaintiffs' Counsel

SO ORDERED:
_____
SHIRA A. SCHEINDLIN   9/4/08
U.S.D.J.

-2-